# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DERRICK WHITE**                                                                    **PLAINTIFF**

v.                          No. 2:22-cv-202-DPM-ERE

**DOES, Phillips County Detention
Center Staff; SWOPES, Sgt.;
CALDWELL, Nurse;
JEFF HEAGWOOD, Com.;
and NEAL BYRD, Sheriff**                                          **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 62*, and overrules White's objections, *Doc. 70*. Fed. R. Civ. P. 72(b)(3). White's motions for preliminary injunctive relief, *Doc. 13, 14 & 59*, are denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 February 2023