IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DERRICK WHITE**                                  **PLAINTIFF**

v.                  No. 2:22-cv-202-DPM-ERE

**DOES, Phillips County Detention
Center Staff; SWOPES, Sgt.;
CALDWELL, Nurse;
JEFF HEAGWOOD, Com.;
and NEAL BYRD, Sheriff**                  **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 74*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). White hasn't identified the Doe defendants, and the time to serve them has passed. Fed. R. Civ. P. 4(m). White's claims against them are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023