IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DERRICK WHITE**                                                        **PLAINTIFF**

v.                    No: 2:22-cv-202-DPM

**SWOPES, Sergeant, Phillips County
Detention Center; CALDWELL,
Nurse, Phillips County Detention
Center; JEFF HEAGWOOD, Com.,
Phillips County; NEAL BYRD,
Sheriff, Phillips County**                          **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. White hasn't paid the $402 administrative and filing fee or filed a free-world *in forma pauperis* application; and the time to do so has passed. *Doc. 87*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2023