IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DERRICK WHITE                                                    PLAINTIFF

v.                     No: 2:22-cv-202-DPM

DOES, Phillips County Detention
Center Staff; SWOPES, Sergeant,
Phillips County Detention Center;
CALDWELL, Nurse, Phillips County
Detention Center; JEFF HEAGWOOD,
Com., Phillips County; NEAL BYRD,
Sheriff, Phillips County                        DEFENDANTS

## JUDGMENT

White's amended complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2023